No. 87–6116.   PENSON *v.* OHIO.   Ct. App. Ohio, Montgomery County.   Motion of petitioner for leave to proceed *in forma pauperis* granted.   Certiorari granted.

No. 86–2052.   BERRYHILL *v.* TEXAS.   Ct. App. Tex., 3d Dist. Certiorari denied.

No. 87–522.   SMITH *v.* TEXAS DEPARTMENT OF WATER RESOURCES ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 87–537.   DARNELL *v.* SWINNEY, WASHOE COUNTY SHERIFF, ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 87–630.   DOBROWOLSKYJ *v.* JEFFERSON COUNTY, KENTUCKY, ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 87–640.   E. C. ERNST, INC., ET AL. *v.* DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, UNITED STATES DEPARTMENT OF LABOR, ET AL.   C. A. D. C. Cir.   Certiorari denied.

No. 87–647.   DAVIS *v.* UNITED STATES.   Ct. Mil. App.   Certiorari denied.

No. 87–649.   CITY OF ANN ARBOR ET AL. *v.* CHRISTY.   C. A. 6th Cir.   Certiorari denied.

No. 87–727.   GENERAL TELEPHONE COMPANY OF CALIFORNIA ET AL. *v.* ADDY.   C. A. 9th Cir.   Certiorari denied.

No. 87–737.   PIZZITOLO *v.* ELECTRO-COAL TRANSFER CORP. ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 87–741.   DOWNS *v.* KENTUCKY.   Sup. Ct. Ky.   Certiorari denied.